United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

THEODORE J TRENTMAN,

Plaintiff,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

Case No. 26-cv-00236-BLF

**ORDER DISMISSING DEFENDANT FAIRWAY WITH PREJUDICE**

Having found Fairway fraudulently joined, *see* ECF No. 54, the Court dismisses Fairway with prejudice. *See Isaacs v. Broido*, 358 F. App'x 874, 876 (9th Cir. 2009) ("[A] fraudulent joinder finding compels dismissal of the 'sham defendants.'").

**IT IS SO ORDERED.**

Dated: November 23, 2026

BETH LABSON FREEMAN
United States District Judge